UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV - 3 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 4:21CR00589 JAR/SPM |
| BRYANT CARLESS, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 28, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT CARLESS,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2014 Hyundai Elantra, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 28, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT CARLESS,**

the Defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, armed carjacking

as charged in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about October 28, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**BRYANT CARLESS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United State Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney